UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Andrew R. Hill                :         Case #: 04-69017
       Olivia D. Hill

                                                     :         Chapter 13

                                                     :         Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 15, 2009                    /s/ Frank M. Pees_____
                                                                Frank M. Pees
                                                                Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| AMERICA'S URGENT CARE<br>FKA FAIRFILED PHYSICIANS INC<br>1875 TAMARACK CIRCLE N<br>COLUMBUS OH 43229 | $44.80 |